**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| BENITHA DAVIS, | |
| Plaintiff, | Case No. 1:24-CV-04975 |
| v. | Chief Magistrate Judge M. David Weisman |
| NTT DATA AMERICAS, INC. | |
| Defendant. | |

## <u>Plaintiff's Motion to Dismiss with Prejudice</u>

Plaintiff, Benitha Davis by and through her attorney, Aaron B .Maduff of Barrett & Farahany, hereby moves to dismiss this matter with prejudice pursuant to settlement, all parties to bear their own costs and fees.

Respectfully submitted,

Benitha Davis

By: /s/ Aaron B. Maduff
Aaron B. Maduff

Aaron B. Maduff
Atty. No. 6226932
Barrett & Farahany
77 W. Wacker Dr., 45th Floor
Chicago, IL 60601
(312) 276-9000